UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BROWN,

         Plaintiff,

Case No. 1:15-cv-10

HON. JANET T. NEFF

v.

CHECK PLUS SYSTEMS, L.P. and
STEPHEN ANDREW O'HARA,

         Defendants.
_____/

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, to dismiss this lawsuit, with prejudice, as to all defendants.

Dated: March 19, 2015
         /s/ Phillip C. Rogers
         Phillip C. Rogers (P34356)
         Attorney for Plaintiff
         40 Pearl Street, N.W., Suite 336
         Grand Rapids, Michigan 49503-3026
         (616) 776-1176
         ConsumerLawyer@aol.com